No. 88–1125.   HODGSON ET AL. v. MINNESOTA ET AL.   C. A. 8th Cir.   [Certiorari granted, 492 U. S. 917.]   Motions of Jeff White et al., Stanley John, Kenneth Fisher, and Herbert Ratner for leave to file briefs as *amici curiae* denied.

No. 88–1400.   FRANCHISE TAX BOARD OF CALIFORNIA ET AL. v. ALCAN ALUMINIUM LTD. ET AL.   C. A. 7th Cir.   [Certiorari granted, 490 U. S. 1019.]   Motion of respondents for reconsideration of order denying motion for divided argument [*ante*, p. 803] denied.   Request of respondents to submit the case on the briefs denied.

No. 88–1503.   CRUZAN, BY HER PARENTS AND CO-GUARDIANS, CRUZAN ET UX. v. DIRECTOR, MISSOURI DEPARTMENT OF HEALTH, ET AL.   Sup. Ct. Mo.   [Certiorari granted, 492 U. S. 917.]   Motions for leave to file briefs as *amici curiae* filed by the following are denied: Frances Ambrose, Ralph Buglioni, Jack Butler, Center for Catholic Policy of the Free Congress Foundation, Christian Action Council et al., Philip Dreisbach, James Dunlap, Lawrence J. Frieders, Mechtild Grothues, Paul Marx, J. G. Morriss, National Nurses for Life, Nurses for Life of Missouri, Pharmacists for Life, Right to Life League of Southern California, Inc., and Herbert Ratner.

No. 88–1725.   VENEGAS v. MITCHELL.   C. A. 9th Cir.   [Certiorari granted, *ante*, p. 806.]   Motion of petitioner to dispense with printing the joint appendix granted.

No. 88–1932.   UNITED STATES v. MUNOZ-FLORES.   C. A. 9th Cir.   [Certiorari granted, *ante*, p. 808.]   Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 88–1951.   UNITED STATES v. DALM.   C. A. 6th Cir.   [Certiorari granted, *ante*, p. 807.]   Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 88–1972.   ILLINOIS v. PERKINS.   App. Ct. Ill., 5th Dist.   [Certiorari granted, *ante*, p. 808.]   Motion for appointment of counsel granted, and it is ordered that Daniel M. Kirwin, Esq., of Mt. Vernon, Ill., be appointed to serve as counsel for respondent in this case.